## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **Criminal No.** |
| | : | |
| v. | : | **Violation:** |
| | : | **18 U.S.C. § 1344(1), 1344(2)** |
| **KATHERINE EMMA ROSS,** | : | **(Bank Fraud)** |
| | : | |
| Defendant. | : | **Forfeiture:** |
| | : | **18 U.S.C. § 982(a)(2)(A),** |
| | : | **21 U.S.C. § 853(p)** |
| _____ | : | |

## INFORMATION

The United States charges that:

## BACKGROUND

At times material to this Information:

1. The defendant Katherine Emma Ross resided in Washington, D.C.

2. Financial-Institution-One was a financial institution within the meaning of 18 U.S.C. § 20. Financial-Institution-One's deposits were insured by the Federal Deposit Insurance Corporation.

3. The Victim-Law-Firm was a small law firm in Washington, D.C., which was owned by Person A. The firm and Person A maintained three separate bank accounts with Financial-Institution-One; the accounts ended in 7628, 3331, and 9144. The account ending in 7628 was the Victim-Law-Firm's Interest on Lawyer Trust Account ("IOLTA").

4. Ross was employed by the Victim-Law-Firm in a non-lawyer capacity, including as an office manager.

## COUNT ONE
### (Bank Fraud)

### The Scheme to Defraud

5. Paragraphs 1 through 4 are incorporated here.

6. From as early as August 2016 through in or about June 2020, within the District of Columbia and elsewhere, Ross devised and executed a scheme and artifice to defraud Financial-Institution-One, and to obtain any of the moneys, funds, credits, assets, securities, and other property owned by, and under the custody and control of Financial-Institution-One by means of materially false and fraudulent pretenses, representations, and promises.

### The Purpose of the Scheme

7. The purpose of the scheme to defraud was for Ross to enrich herself by embezzling funds from the Victim-Law-Firm and Person A that were under the custody and control of Financial-Institution-One.

### The Manner and Means of the Scheme

8. It was a part of the scheme and artifice to defraud that Ross, without permission or authority from Person A, wrote checks from the Victim-Law-Firm and Person A's Financial-Institution-One accounts payable to herself in amounts that she was not owed or entitled to receive. Ross cashed the checks at different Financial-Institution-One branches, including in Washington, D.C.

### The Execution of the Scheme

9. On or about October 10, 2019, Ross knowingly executed and attempted to execute the above-described scheme and artifice to defraud by writing a check to herself from the Victim-Law-Firm's IOLTA Account ending in 7628 in the amount of $1,975 and cashing the

check at a Financial-Institution-One branch located at 601 Pennsylvania Avenue, NW, Washington, D.C.

**(Bank Fraud, in violation of Title 18, United States Code, Section 1344(1), 1344(2))**

## FORFEITURE NOTICE

1. Upon conviction of the offense alleged in Count One of this Information, the defendant shall forfeit to the United States any property which constitutes or is derived from proceeds the defendant obtained directly or indirectly as a result of the offense, pursuant to Title 18, United States Code, Section 982(a)(2)(A). The United States also will seek a forfeiture money judgment against the defendant in the amount of at least $320,000.

2. If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third party;

   c. has been placed beyond the jurisdiction of the Court;

   d. has been substantially diminished in value; or

   e. has been commingled with other property that cannot be divided without difficulty;

the defendant shall forfeit to the United States any other property of the defendant, up to the value of the property described above, pursuant to Title 21, United States Code, Section 853(p).

**(Criminal Forfeiture, pursuant to Title 18, United States Code, Section 982(a)(2)(A), and Title 21, United States Code, Section 853(p))**

|  |  |
|---|---|
|  | CHANNING D. PHILLIPS<br>Acting United States Attorney<br>D.C. Bar No. 415793 |
| Dated: March 18, 2021     By: | *[signature]*<br>KONDI J. KLEINMAN<br>Assistant United States Attorney<br>California Bar No. 241277<br>Fraud Section<br>555 Fourth Street, NW<br>Washington, DC 20530<br>(202) 252-6887<br>Kondi.Kleinman2@usdoj.gov |