UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) Criminal Action No. 21-231 (RBW) |
| KATHERINE EMMA ROSS, | ) |
| Defendant. | ) |

### ORDER

Upon consideration of the defendant's Unopposed Motion to Convert Sentencing Hearing to Status Hearing, and for good cause shown, it is hereby

**ORDERED** that the defendant's Unopposed Motion to Convert Sentencing Hearing to Status Hearing, ECF No. 17, is **GRANTED**. It is further

**ORDERED** that the sentencing scheduled for July 7, 2021, is **CONVERTED** to a status hearing. The parties shall appear for the status hearing via teleconference, by calling 1-877-873-8017 and entering the Court's access code (8583213) followed by the pound key (#).

**SO ORDERED** this 2nd day of July, 2021.

_____
REGGIE B. WALTON
United States District Court Judge