UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal Action No. 21-231 (RBW) |
| | ) |
| KATHERINE EMMA ROSS, | ) |
| | ) |
| Defendant. | ) |

## ORDER

Upon consideration of the letter dated June 21, 2021, from the victim in this case to the Court, which represents that it was also mailed to government counsel, the Federal Public Defender, and the probation officer, it is hereby

**ORDERED** that, in light of the sensitive nature of the contents of the letter and the author's instruction that the letter not be photocopied or shared, the parties shall not disclose the contents of this letter, except to the extent that the letter is discussed at the defendant's sentencing.

**SO ORDERED** this 1st day of July, 2021.

REGGIE B. WALTON
United States District Court Judge