# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| v. | ) | Criminal Action No. 21-231 (RBW) |
| KATHERINE EMMA ROSS, | ) | |
| Defendant. | ) | |

### ORDER

Upon consideration of the defendant's Unopposed Motion to Continue Sentencing Hearing and Motion for Leave to File Under Seal, and for good cause shown, it is hereby

**ORDERED** that the defendant's Motion for Leave to File Under Seal, ECF No. 25, is **GRANTED**. It is further

**ORDERED** that the Addendum, ECF No. 25-1, is **ACCEPTED AS FILED** and the Clerk of the Court shall file it as a separate entry on the docket under seal. It is further

**ORDERED** that defendant's Unopposed Motion to Continue Sentencing Hearing, ECF No. 24, is **GRANTED**. It is further

**ORDERED** that the sentencing currently scheduled for July 29, 2021, is **CONTINUED** to August 5, 2021, at 11:00 a.m., via videoconference. It is further

**ORDERED** that, on or before August 2, 2021, the parties shall submit their sentencing memoranda.

**SO ORDERED** this 26th day of July, 2021.

_____
REGGIE B. WALTON
United States District Court Judge